Shirley L. PHELPS–ROPER,
Appellant,

v.

Gary TROUTMAN, in his capacity as City Administrator of Bellevue, Nebraska and Leonard Houloose, in his capacity as Chief of the Papillion Police Department, Dave Heineman, in his capacity as Governor of the State of Nebraska and Jon Bruning, in his capacity as Attorney General of the State of Nebraska, Appellees.

L. Kenneth Polikov, in his capacity as Sarpy County Attorney, et al., Donald Kleine, in his capacity as Douglas County Attorney, et al., Appellees,

United States of America, Amicus on Behalf of Appellee.

No. 10–2601.

United States Court of Appeals, Eighth Circuit.

Dec. 7, 2012.

Margie Jean Phelps, Topeka, KS, for Appellant.

Michael F. Polk, Patrick J. Sullivan, Adams & Sullivan, Joseph S. Risko, Michael N. Schirber, Schirber & Wagner, Michael Alan Smith, Papillion, Stephanie Anne Caldwell, James D. Smith, Attorney General's Office, Lincoln, NE, Diane Margaret Carlson, Sandra K. Connolly, Thomas O. Mumgaard, City of Omaha Legal Department, Adam J. Sipple, Johnson & Mock, Omaha, NE, Clint Schukei, Norfolk City Attorney, Norfolk, NE, Nathan B. Cox, Plattsmouth, NE, for Appellees.

Joe Smith, in his Capacity as Madison County Attorney, Madison, NE, pro se.

Sarang Vijay Damle, Michael Jay Singer, Tony West, U.S. Department of Justice, Washington, DC, Deborah K.R. Gilg, U.S., U.S. Attorney's Office, Omaha, NE, for Amicus on Behalf of Appellee.

ORDER

The petition for rehearing by the panel is granted. The opinion and judgment filed on October 20, 2011 are vacated. The parties are directed to file supplemental briefs addressing the merits of this appeal in light of *Phelps–Roper v. City of Manchester,* 697 F.3d 678 (8th Cir.2012) (en banc), including the question of whether there are material differences between the ordinance at issue in *City of Manchester* and the Nebraska statute at issue in this appeal. The Nebraska officials are directed to file their brief 21 days after the date of this order. Shirley Phelps–Roper should respond by 14 days later, and the Nebraska officials will then have 7 days to file a reply brief.